UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RAYMOND ORRAND, ADMINISTRATOR, et al.,

    Plaintiffs,

v.

MIKE'S MOBILE SERVICE et al.,

    Defendants.

Case No. 2:12-cv-688
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

### ORDER

This matter is before the Court on Plaintiffs' Motion to Cite for Contempt for Failure to Obey Judgment. (Doc. No. 11.) The Judgment and Order at issue was entered by this Court on September 14, 2012, and it granted Plaintiffs the right to audit Defendants' books and records for the period April 1, 2011 to present with respect to the hours worked by, wages paid to, and fringe benefit contributions made on behalf of employees of Defendants working within trade jurisdiction of the International Union of Operating Engineers, Local Union Nos. 18, 18A, and 18B. (Doc. No. 9.) Defendants have failed to comply with the Judgment and Order and Plaintiffs have requested a show cause hearing. That request is well taken.

Defendant Michael Black is **ORDERED** to appear before this Court on Tuesday, January 29, 2013 at 2:00 p.m. and show cause why he should be held in contempt for violation of the Judgment and Order. If Defendant Black fails to appear, the Court will consider issuing a warrant for his arrest.

**IT IS SO ORDERED.**

1-15-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE