# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

RAYMOND ORRAND, ADMINISTRATOR, et al.,

    Plaintiffs,

v.

    Case No. 2:12-cv-688
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Terence P. Kemp

MIKE'S MOBILE SERVICE et al.,

    Defendants.

## ORDER

On January 29, 2013, this matter came before the Court for an oral hearing on Plaintiffs' Motion to Cite for Contempt for Failure to Obey Judgment. On January 15, 2013, the Court ordered Defendant Michael Black to appear at the hearing and show cause why he should be held in contempt. (Doc. No. 12.) The Court specified that it would consider issuing a warrant for Mr. Black's arrest if he failed to appear. The Court sent the Order via certified and regular U.S. Mail. Mr. Black did not appear at the oral hearing.

The Court will, therefore, issue a **WARRANT FOR THE ARREST** of Michael Black on **Monday, February 4, 2013**, unless Mr. Black appears before the Court during business hours before that date. The Clerk is **DIRECTED** to have this Order sent by U.S. Mail, certified, return receipt requested, to Michael Black at 120 Edison Street, Eaton, Ohio 45320 and also to Michael Black at 1302 Surface Road, Eaton, Ohio 45320.

**IT IS SO ORDERED.**

1-29-2013
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**